IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01794-LTB-KLM

STEVE A. CASTRO,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,
QWEST DISABILITY PLAN, an employee welfare benefit plan,
QWEST DISABILITY SERVICES,
QWEST DISABILITY SERVICES APPEALS BOARD, and
QWEST EMPLOYEE BENEFITS COMMITTEE,

    Defendant(s).

_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    Pursuant to 28 U.S.C. § 636(b)(1)(A)) and D.C. COLO. LCivR 72.1.C., the matter has been referred to this Court for recommendation.  On April 20, 2009, the parties reached a settlement in this case. One of the provisions of the settlement is that upon execution of the settlement agreement I will recommend that the case be administratively closed in accordance with D.C. COLO. LCivR. 41.2.  Accordingly, I respectfully

    **RECOMMEND** that this matter be administratively closed subject to reopening for good cause.

    FURTHER, IT IS **ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this Recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the Recommendation by the district judge, Fed. R. Civ.

P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *In re Key Energy Resources Inc.*, 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this Recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Cir. 1996).

                                              BY THE COURT:

                                              __s/ Kristen L. Mix_____
                                              United States Magistrate Judge

Dated: April 21, 2009