**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01794-LTB-KLM

STEVE A. CASTRO,

      Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation;
QWEST DISABILITY PLAN, an employee welfare benefit plan;
QWEST DISABILITY SERVICES;
QWEST DISABILITY SERVICES APPEALS BOARD; and
QWEST EMPLOYEE BENEFITS COMMITTEE,

      Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on April 21, 2009 (Doc 22).  Neither Plaintiff nor Defendants have filed any specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and this action is ADMINISTRATIVELY CLOSED subject to reopening for good cause.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: September 2, 2009

1