IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 08-cv-01794-LTB-KLM

STEVE A. CASTRO,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation;
QWEST DISABILITY PLAN, an employee welfare benefit plan;
QWEST DISABILITY SERVICES;
QWEST DISABILITY SERVICES APPEALS BOARD; and
QWEST EMPLOYEE BENEFITS COMMITTEE,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 33 - filed March 24, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE

DATED: March 25, 2011